## United States District Court Violation Notice

**CVB Location Code:** M13

**Violation Number:** 4247206
**Officer Name (Print):** Powers
**Officer No.:** 2661

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/04/2013 2247
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.14(b)
**HAZMAT:** ☐
**Place of Offense:** GNP - West entrance

**Offense Description; Factual Basis for Charge:** Open alcoholic beverage in motor vehicle under control of driver. 30;20-00

### DEFENDANT INFORMATION
**Last Name:** Cook
**First Name:** Richard
**M.I.:** E
**Street Address:** [redacted]

**Tag No.:** 563YWZ
**State:** NV
**Make/Model:** Ford Fiesta
**Color:** Gray

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 85.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 110.00 Total Collateral Due

### YOUR COURT DATE
**Court Address:** Paid w/ VISA
**Date (mm/dd/yyyy):** 09/04/00

X Defendant Signature

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sept 04, 2013** while exercising my duties as a law enforcement officer in the _____ District of **Montana**

Within Glacier National Park while patrolling near the West Entrance I observed a gray Ford Fiesta enter the park at a high rate of speed and fail to stop at the stop sign at the west entrance. I conducted a traffic stop and identified the driver as RICHARD E. COOK. While speaking to COOK about the observed traffic violation I could smell the odor of an intoxicating beverage on COOK's breath. COOK admitted he had an open container in the vehicle. I issued COOK a violation notice for violating 36 CFR 4.14(b) possession of an open alcoholic beverage by vehicle operator.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/04/2013** [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.