IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED
JAN 07 2015
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| In re: Reassignment of Pending Great Falls Division Petty Offense Cases | PO 14-5017-GF-RKS, PO 14-5018-GF-RKS, PO 14-5020-GF-RKS, PO 14-5023-GF-RKS, PO 14-5026-GF-RKS, PO 14-5033-GF-RKS, PO 14-5034-GF-RKS, PO 14-5037-GF-RKS, PO 14-5040-GF-RKS, PO 14-5041-GF-RKS, PO 14-5042-GF-RKS, PO 14-5043-GF-RKS, PO 14-5052-GF-RKS, PO 14-5053-GF-RKS, PO 14-5071-GF-RKS, PO 14-5079-GF-RKS, PO 14-5087-GF-RKS, PO 14-5093-GF-RKS, PO 14-5097-GF-RKS, PO 14-5099-GF-RKS, PO 14-5101-GF-RKS, PO 14-5104-GF-RKS, PO 14-5105-GF-RKS, PO 14-5110-GF-RKS, PO 14-5113-GF-RKS, PO 14-5121-GF-RKS, PO 14-5131-GF-RKS, PO 14-5132-GF-RKS, PO 14-5133-GF-RKS, PO 14-5135-GF-RKS, PO 14-5139-GF-RKS, PO 14-5152-GF-RKS, PO 14-5154-GF-RKS, PO 14-5163-GF-RKS, PO 14-5167-GF-RKS, PO 14-5171-GF-RKS, PO 14-5172-GF-RKS, PO 14-5173-GF-RKS, PO 14-5174-GF-RKS, PO 14-5176-GF-RKS, PO 14-5182-GF-RKS, PO 14-5185-GF-RKS, PO 14-5186-GF-RKS, PO 14-5189-GF-RKS, PO 14-5192-GF-RKS, PO 14-5194-GF-RKS, PO 14-5201-GF-RKS, PO 14-5204-GF-RKS, PO 14-5205-GF-RKS, PO 14-5208-GF-RKS, PO 14-5216-GF-RKS, PO 14-5217-GF-RKS, PO 14-5218-GF-RKS, PO 14-5220-GF-RKS, PO 14-5221-GF-RKS, PO 14-5225-GF-RKS, PO 14-5226-GF-RKS, PO 14-5227-GF-RKS, PO 14-5229-GF-RKS, PO 14-5230-GF-RKS, PO 14-5232-GF-RKS, PO 14-5233-GF-RKS, PO 14-5235-GF-RKS. |

IT IS HEREBY ORDERED that the following petty offense actions are reassigned to United States Magistrate Judge John T. Johnston:

PO 14-5017-GF-RKS, PO 14-5018-GF-RKS, PO 14-5020-GF-RKS,

PO 14-5023-GF-RKS, PO 14-5026-GF-RKS, PO 14-5033-GF-RKS,

PO 14-5034-GF-RKS, PO 14-5037-GF-RKS, PO 14-5040-GF-RKS,

PO 14-5041-GF-RKS, PO 14-5042-GF-RKS, PO 14-5043-GF-RKS,

PO 14-5052-GF-RKS, PO 14-5053-GF-RKS, PO 14-5071-GF-RKS,

PO 14-5079-GF-RKS, PO 14-5087-GF-RKS, PO 14-5093-GF-RKS,

PO 14-5097-GF-RKS, PO 14-5099-GF-RKS, PO 14-5101-GF-RKS,

PO 14-5104-GF-RKS, PO 14-5105-GF-RKS, PO 14-5110-GF-RKS,

PO 14-5113-GF-RKS, PO 14-5121-GF-RKS, PO 14-5131-GF-RKS,

PO 14-5132-GF-RKS, PO 14-5133-GF-RKS, PO 14-5135-GF-RKS,

PO 14-5139-GF-RKS, PO 14-5152-GF-RKS, PO 14-5154-GF-RKS,

PO 14-5163-GF-RKS, PO 14-5167-GF-RKS, PO 14-5171-GF-RKS,

PO 14-5172-GF-RKS, PO 14-5173-GF-RKS, PO 14-5174-GF-RKS,

PO 14-5176-GF-RKS, PO 14-5182-GF-RKS, PO 14-5185-GF-RKS,

PO 14-5186-GF-RKS, PO 14-5189-GF-RKS, PO 14-5192-GF-RKS,

PO 14-5194-GF-RKS, PO 14-5201-GF-RKS, PO 14-5204-GF-RKS,

PO 14-5205-GF-RKS, PO 14-5208-GF-RKS, PO 14-5216-GF-RKS,

PO 14-5217-GF-RKS, PO 14-5218-GF-RKS, PO 14-5220-GF-RKS,

PO 14-5221-GF-RKS, PO 14-5225-GF-RKS, PO 14-5226-GF-RKS,

PO 14-5227-GF-RKS, PO 14-5229-GF-RKS, PO 14-5230-GF-RKS,

PO 14-5232-GF-RKS, PO 14-5233-GF-RKS, PO 14-5235-GF-RKS.

The clerk of court is directed to adjust the docket to reflect the reassignment of the listed actions, to file this order in the record of each of the listed actions, and to notify the parties of the making of this order.

DATED this 7th day of January, 2015.

Dana L. Christensen, Chief Judge
United States District Court